NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANDON TECKLENBURG,           )
                               )
          Appellant,           )
                               )
v.                             )        Case No. 2D18-332
                               )
ERIKA LYNN KOUREMETIS,         )
                               )
          Appellee.            )
_____)

Opinion filed January 23, 2019.

Appeal from the Circuit Court for Pinellas
County; Thane B. Covert, Judge.

J. Andrew Crawford of J. Andrew Crawford,
P.A., St. Petersburg, for Appellant.

No appearance for Appellee.

PER CURIAM.

          Affirmed.

KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.